DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLAUDIA GRAF,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Indenture Trustee
for the Benefit of the Holders of the Aames Mortgage Investment Trust
2005-4 Mortgage Backed Notes,
Appellee.

No. 4D22-288

[March 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2018-CA-013612-XXXX-MB.

Claudia Graf, Delray Beach, pro se.

Charles P. Gufford of McCalla Raymer Liebert Pierce, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***